> Inasmuch as no objection is pending at this time, the stay is lifted.
>
> MAY - 7 2008
>
> CLERK'S OFFICE
> JUDICIAL PANEL ON
> MULTIDISTRICT LITIGATION

RECEIVED
IN CLERK'S OFFICE

MAY 0 9 2008

U.S. DISTRICT COURT
MID. DIST. TENN.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 1 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By: [signature]
Deputy Clerk

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-65)**

MDL No. 1760

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAY 1 2 2008

BY [signature]
DEPUTY CLERK

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 326 additional actions have been transferred to the Middle District of Tennessee. With the consent of that court, all such actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Middle District of Tennessee and assigned to Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

MAY 7 2008

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

MDL No. 1760

### SCHEDULE CTO-65 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**      **CASE CAPTION**

**ALABAMA NORTHERN**
- ALN 2 08-489    Virginia Sauve v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0481)
- ALN 2 08-490    Henry Barrett, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0482)
- ALN 2 08-569    Bobby Haynes, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0483)

**DISTRICT OF COLUMBIA**
- DC 1 08-484    Laura Brooks v. Novartis Pharmaceuticals Corp., et al. (MDTN No. 3:08-cv-0484)
- DC 1 08-490    Mort Sher v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0485)
- DC 1 08-491    Irene D. Hickman-Thomas, et al. v. Novartis Pharmaceuticals Corp. (3:08-cv-0486)
- DC 1 08-492    Carlie J. Odia v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0487)
- DC 1 08-493    Bobbie James, et al. v. Novartis Phamaceuticals Corp. (MDTN No. 3:08-cv-0488)
- DC 1 08-494    Alfred W. Stafford v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0489)
- DC 1 08-495    John Warchol, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0490)

**FLORIDA MIDDLE**
- FLM 6 08-456    Nancy Guenther, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0491)

**MISSOURI EASTERN**
- MOE 4 08-409    Linda Call, et al. v. Novartis Pharmaceuticals Corp. (MDTN No. 3:08-cv-0492)